IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

COREY BRYANT, a Minor, by and through
Charles and Shari Bryant, Natural Parents; and
CHARLES and SHARI BRYANT                                                PLAINTIFFS

V.                                                            CIVIL ACTION NO. 3:12CV37-B-A

CITY OF RIPLEY, MISSISSIPPI; SOUTH
TIPPAH SCHOOL DISTRICT; RIPLEY POLICE
DEPARTMENT; SCOTT WHITE, in his Official
and Individual Capacities; RODNEY WOOD, in
his Official and Individual Capacitites; and ALLEN
STANFORD, in his Official and Individual Capacities            DEFENDANTS

## **JUDGMENT**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that summary judgment is hereby entered in favor of defendants Allen Stanford and South Tippah School District over the plaintiffs' objection.

This, the 27th day of March, 2015.

                                                                                /s/ Neal Biggers
                                                                                **NEAL B. BIGGERS, JR.**
                                                                                **UNITED STATES DISTRICT JUDGE**